

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*     main:  (973) 297-2024
*Newark, NJ 07102*                direct: (862) 412-7410
*Jewell.Stewart @usdoj.gov*       fax:    (973) 645-2702

August 11, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** ***Urena-Quillay v. Warden, Delaney Hall Detention Facility et al.,***
> **No. 2:26-cv-08270-MCA**
> **Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that today, U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:15 p.m. on August 5, 2026 under the same conditions that existed prior to detention.

ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

Respondents apologize to the Court and Petitioner for the late notification of this release. Although Petitioner's release was conducted in a timely fashion, (*See* ECF No. 6), ICE did not relay the timing and conditions of Petitioner's release until today due to internal miscommunications.

We therefore respectfully request that the Court close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney


By:   *s/ Jewell Stewart*
      JEWELL CHRISTIAN STEWART
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   Counsel of Record (by ECF)


 Ordered case shall be closed.
SO ORDERED

      *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   8/12/26

2